IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DMITRI GALINOV,<br><br>               Plaintiff,<br><br>-against-<br><br>FASTMATCH, INC., and EURONEXT US INC.,<br><br>               Defendants. | **18 CV 7233**<br><br>Case No.<br><br>**ORDER OF SEALING** |

Upon the Affidavit of Martin S. Krezalek in support of Plaintiff's application to file under seal the Complaint in the above-captioned action, it is hereby **ORDERED** as follows:

1. Plaintiff's unredacted Complaint and Exhibits shall be filed under seal and shall remain under seal until further Order of this Court, and the Clerk of this Court shall not disclose the unredacted Complaint and Exhibits to any person except by further Order of this Court; and

2. Plaintiff shall file with the Clerk of this Court the redacted Complaint containing a placeholder page for Exhibit 1 stating that Exhibit 1 has been filed under seal, in the form attached to the Krezalek Affidavit as **Exhibit B**, which shall be available for public access and viewing.

Dated: New York, New York

       August _10_, 2018

_____, J.
United States District Judge
Judge Katherine Polk-Failla,
Part 1 4pm

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/18
```